1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

11  TERESA ZAPIEN COUFAL,                   Case No. SA CV 15-00893 AFM

12              Plaintiff,                   **JUDGMENT**

13       v.

14
    CAROLYN W. COLVIN, Acting
15  Commissioner of Social Security,

16              Defendant.

17

18

19      In accordance with the Order Affirming Decision of Commissioner filed

20  concurrently herewith,

21      IT IS ORDERED AND ADJUDGED that the Commissioner's decision is

22  AFFIRMED.

23

24  DATED:  May 25, 2016

25

26  _____

27          ALEXANDER F. MacKINNON
        UNITED STATES MAGISTRATE JUDGE

28